# Exhibit D



## Essex County Register Document Summary Sheet

| | |
|---|---|
| | **Transaction Identification Number**    3638009    3133052 |
| ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES<br><br>HALL OF RECORDS - ROOM 130<br>465 DR. MARTIN LUTHER KING BLVD<br>NEWARK NJ 07102 | **Recorded Document to be Returned by Submitter to:**<br>BETTER RESEARCH LLC<br>1 PARAGON DRIVE<br>MONTVALE, NJ 07645 |

| Official Use Only | | |
|---|---|---|
| | **Submission Date** (mm/dd/yyyy) | 11/13/2018 |
| | **No. of Pages** (excluding Summary Sheet) | 3 |
| | **Recording Fee** (excluding transfer tax)<br>(Convenience Charge of $3.00 included) | $63.00 |
| DANA RONE<br>REG. OF DEEDS & MORTGAGES<br>ESSEX COUNTY<br>New Jersey<br><br>DOCUMENT TYPE<br>3<br>INSTRUMENT NUMBER<br>2018098617<br>RECORDED ON<br>Nov 15, 2018<br>11:12:09 AM<br>Total Pages: 5<br><br>NJ PRESERVATION ACCOUNT $20.00<br>REGISTER RECORDING FEE $40.00<br>EFILING CONVENIENCE FEES $3.00<br>TOTAL PAID $63.00<br>INV: 243622 USER: SNH | **Realty Transfer Tax** | $0.00 |
| | **Total Amount** | $63.00 |
| | **Document Type**    MTGE ASSGN | |
| | **Electronic Recordation Level**    L2 - Level 2 (With Images) | |
| | **Municipal Codes**<br>ESSEX COUNTY    99 | |
| | **Bar Code(s)** <br>2 72 561 | |

*Not Certified Copy*

**Additional Information (Official Use Only)**

---

*** DO NOT REMOVE THIS PAGE.**
**COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.**
**RETAIN THIS PAGE FOR FUTURE REFERENCE.**

# Essex County Register Document Summary Sheet

| | Type | MTGE ASSGN | | | |
|---|---|---|---|---|---|
| | Consideration | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | Document Date | 10/26/2018 | | | |
| | Reference Info | | | | |
| MTGE ASSGN | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | | | 2018094575 | |
| | MORTGAGOR | Name | | Address | |
| | | INC CBRE CAPITAL MARKETS | | | |
| | | MICH 424 PARK LLC | | | |
| | ASSIGNEE | Name | | Address | |
| | | FEDERAL HOME LOAN MORTGAGE CORPORATION | | | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*Not Certified Copy*

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Prepared by, and after recording
return to:

Gregory W. Kuehnle, Esquire
Troutman Sanders LLP
Post Office Box 1122
Richmond, Virginia 23218-1122

Freddie Mac Loan No. 503001198<br>424-428 Park Avenue

## ASSIGNMENT OF SECURITY INSTRUMENT

### (Revised 12-19-2014)

FOR VALUABLE CONSIDERATION, **CBRE CAPITAL MARKETS, INC.**, a corporation organized and existing under the laws of Texas ("**Assignor**"), having its principal place of business at c/o CBRE Loan Services, Inc., 929 Gessner Road, Suite 1700, Houston, Texas 77024, hereby assigns, grants, sells and transfers to the **FEDERAL HOME LOAN MORTGAGE CORPORATION**, a corporation organized and existing under the laws of the United States ("**Assignee**"), having its principal place of business at 8200 Jones Branch Drive, McLean, Virginia 22102, and Assignee's successors, transferees and assigns forever, all of the right, title and interest of Assignor in and to the Multifamily Mortgage, Assignment of Rents and Security Agreement, dated as of October 26, 2018, entered into by **MICH 424 PARK LLC**, a New Jersey limited liability company ("**Borrower**") for the benefit of Assignor, securing an indebtedness of Borrower to Assignor in the principal amount of $1,497,000.00 recorded in the land records of Essex County, New Jersey prior to this Assignment ("**Instrument**"), which indebtedness is secured by the property described in Exhibit A attached to this Assignment and incorporated into it by this reference.

Together with the Note or other obligation described in the Instrument and all obligations secured by the Instrument now or in the future.

IN WITNESS WHEREOF, Assignor has executed this Assignment as of the 26th day of October, 2018, to be effective as of the effective date of the Instrument.

*[Handwritten:]* Mortgage recorded on 10/31/2018 in the Essex County Clerk's office in Instrument Number 2018094575

**Assignment of Security Instrument**  Page 1

ASSIGNOR:

CBRE CAPITAL MARKETS, INC., a Texas corporation

By: _____
Name:
Title:   Carlos A. Crespin
         Assistant Vice President

STATE OF  Texas

COUNTY OF  Harris        ss:

On this  4  day of  October , 2018, before me, the undersigned officer, personally appeared  Carlos A. Crespin ,  AVP  of CBRE Capital Markets, Inc., a Texas corporation, and who, I am satisfied, is the person who signed the within instrument, and acknowledged that he/she, as such officer, signed and delivered the same as the voluntary act and deed of said corporation, for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
Title of Officer

HUBERT JIN
Notary Public, State of Texas
Comm. Expires 06-09-2020
Notary ID 130688834

**Assignment of Security Instrument**                                                                                           Page 2

## RIVERSIDE ABSTRACT, LLC
As Agent for
## OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

## SCHEDULE A LEGAL DESCRIPTION

Title No.: **RANJ-33789**

All that (those) certain lot(s), tract(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in East Orange City, County of Essex and State of New Jersey and is bounded and described as follows:

BEGINNING at a point in the Northeasterly line of Park Avenue (100.00 feet wide), said point being the intersection of the Northwesterly line of North Clinton Street (50.00 feet wide) with the Northeasterly line of Park Avenue, and running, Thence;

(1) Along the Northeasterly line of Park Avenue North 46° 34' 00" West 85.43 feet to a point in the Southeasterly line of Block 560, Lot 46, Thence;

(2) Along the same North 45° 52' 00" East 22.18 feet to a point in the same, Thence;

(3) Along the same North 34° 51' 00" East 73.64 feet to a point in the Southerly line of Block 560, Lot 2, Thence;

(4) Along the same South 46° 34' 00" East 24.20 feet to a point in the Westerly line of Block 560, Lot 1.01, Thence;

(5) Along the same South 43° 04' 00" West 28.82 feet to a point in the Westerly line of Block 560, Lot 1 .01, Thence;

(6) Along the same South 24° 45' 00" East 18.89 feet to a point in the Southerly line of Block 560, Lot 1.01, Thence;

(7) Along the same South 46° 34' 00" East 52.15 feet to a point in the Northwesterly line of North Clinton Street, Thence;

(8) Along the same South 42° 04' 00" West 59.15 feet to the point and place of BEGINNING.

BEING in accordance with a survey prepared by Newlines Engineering and Survey dated 02/27/2018.

FOR INFORMATION ONLY:
County: Essex, Municipality: East Orange City
Tax Block: 560, Tax Lot: 1
Address: 424-28 Park Ave., East Orange, NJ 07017.

Legal Description

November 6, 2018 at 10:37 AM

RANJ-33789

Page 1 of 1