# Exhibit E



# Essex County Register Document Summary Sheet

| | | | |
|---|---|---|---|
| ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES<br><br>HALL OF RECORDS - ROOM 130<br>465 DR. MARTIN LUTHER KING BLVD<br>NEWARK NJ 07102 | **Transaction Identification Number** | 3749999 | 3280740 |
| | **Recorded Document to be Returned by Submitter to:**<br>MCCOY & ORTA, P.C.<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102 | | |

| **Official Use Only** | | |
|---|---|---|
| | **Submission Date** *(mm/dd/yyyy)* | 02/28/2019 |
| | **No. of Pages** *(excluding Summary Sheet)* | 4 |
| DANA RONE<br>REG. OF DEEDS & MORTGAGES<br>ESSEX COUNTY<br>New Jersey<br><br>DOCUMENT TYPE<br>3<br>INSTRUMENT NUMBER<br>2019019930<br>RECORDED ON<br>Mar 05, 2019<br>9:35:25 AM<br>Total Pages: 6<br><br>NJ PRESERVATION ACCOUNT $25.00<br>REGISTER RECORDING FEE $45.00<br>EFILING CONVENIENCE FEES $3.00<br>TOTAL PAID $73.00<br>INV: 265617 USER: KWG | **Recording Fee** *(excluding transfer tax)*<br>*(Convenience Charge of $3.00 included)* | $73.00 |
| | **Realty Transfer Tax** | $0.00 |
| | **Total Amount** | $73.00 |
| | **Document Type**  MTGEASSGN | |
| | **Electronic Recordation Level**   L2 - Level 2 (With Images) | |
| | **Municipal Codes**<br>ESSEX COUNTY | 99 |
| | 291022 | |

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

## Essex County Register Document Summary Sheet

| | Type | MTGE ASSGN | | | | |
|---|---|---|---|---|---|---|
| | Consideration | | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | | |
| | Document Date | 02/12/2019 | | | | |
| | Reference Info | | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date | |
| | | | | 2018094575 | | |
| MTGE ASSGN | MORTGAGOR | Name | | | Address | |
| | | FEDERAL HOME LOAN MORTGAGE CORPORATION | | | | |
| | ASSIGNEE | Name | | | Address | |
| | | WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED | | | | |
| | Parcel Info | | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

This instrument was prepared by and
after recordation return to:

McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, OK 73102
Telephone: (888) 236-0007

Jurisdiction:   Essex County
State:          New Jersey
Loan No.:       503001198
M&O Ref.:       7541.126
Loan Name:      424-428 Park Avenue

## ASSIGNMENT OF MULTIFAMILY MORTGAGE, ASSIGNMENT OF RENTS AND SECURITY AGREEMENT

FOR VALUE RECEIVED, **FEDERAL HOME LOAN MORTGAGE CORPORATION,** whose address is 8200 Jones Branch Drive, McLean, VA 22102 ("Assignor"), conveys, assigns, transfers, and sets over unto **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPONT COMMERCIAL MORTGAGE SECURITIES LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59,** ("Assignee"), whose address is 9062 Old Annapolis Road, Columbia, MD 21045 without recourse, representation or warranty, express or implied, except as set forth in that certain related Mortgage Loan Purchase Agreement, all the right, title and interest of Assignor in and to the Multifamily Mortgage, Assignment of Rents and Security Agreement and other documents, if any, described in Schedule A attached hereto and incorporated herein, together with the note or notes described therein, and all other documents and instruments relating to or securing said Multifamily Mortgage, Assignment of Rents and Security Agreement or note or notes described therein, encumbering, among other things, the premises described in Exhibit A attached hereto and incorporated herein and the improvements thereon.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns forever.

Dated this 12th day of February, 2019, to be effective as of the 27th day of February, 2019.

FEDERAL HOME LOAN MORTGAGE CORPORATION,
a corporation organized and existing under the laws of the United States

By: _____
Name: Mary Ellen Slavinskas
Title: Director
Multifamily Operations

STATE OF VIRGINIA      §
                       §
COUNTY OF FAIRFAX      §

On the 12th day of February, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Mary Ellen Slavinskas, Director, Multifamily Operations, of Federal Home Loan Mortgage Corporation, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument, and that such individual made such appearance before the undersigned, in Fairfax County, Virginia.

WITNESS my hand and official seal.

[S E A L]
My Commission Expires:

_____
Name of Notary Public

*[Notary Seal: PRATIMA JAGERDEO, NOTARY PUBLIC, REG. #7526232, MY COMMISSION EXPIRES June 30, 2020, COMMONWEALTH OF VIRGINIA]*

Loan No.: 503001198
M&O File No.: 7541.126
Loan Name: 424-428 Park Avenue
Pool: SB-59

## SCHEDULE A

Multifamily Mortgage, Assignment of Rents and Security Agreement dated as of October 26, 2018, by MICH 424 PARK LLC, a New Jersey limited liability company, to CBRE CAPITAL MARKETS, INC. ("Original Lender"), in the amount of $1,497,000.00 ("Mortgage"), recorded on October 31, 2018, as Instrument Number 2018094575 in the office of the Register of Deeds and Mortgages of Essex County, New Jersey ("Real Estate Records").

The Mortgage was assigned from Original Lender to FEDERAL HOME LOAN MORTGAGE CORPORATION by that certain Assignment of Security Instrument dated as of October 26, 2018, to be effective as of October 26, 2018, and recorded on November 15, 2018, as Instrument Number 2018098617, in the Real Estate Records.

Loan No.: 503001198
M&O File No.: 7541.126
Loan Name: 424-428 Park Avenue
Pool: SB-59

# EXHIBIT A
## LEGAL DESCRIPTION

All that (those) certain lot(s), tract(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in East Orange City, County of Essex and State of New Jersey and is bounded and described as follows:

BEGINNING at a point in the Northeasterly line of Park Avenue (100.00 feet wide), said point being the intersection of the Northwesterly line of North Clinton Street (50.00 feet wide) with the Northeasterly line of Park Avenue, and running, Thence;

(1) Along the Northeasterly line of Park Avenue North 46° 34' 00" West 85.43 feet to a point in the Southeasterly line of Block 560, Lot 46, Thence;

(2) Along the same North 45° 52' 00" East 22.18 feet to a point in the same, Thence;

(3) Along the same North 34° 51' 00" East 73.64 feet to a point in the Southerly line of Block 560, Lot 2, Thence;

(4) Along the same South 46° 34' 00" East 24.20 feet to a point in the Westerly line of Block 560, Lot 1.01, Thence;

(5) Along the same South 43° 04' 00" West 28.82 feet to a point in the Westerly line of Block 560, Lot 1 .01, Thence;

(6) Along the same South 24° 45' 00" East 18.89 feet to a point in the Southerly line of Block 560, Lot 1.01, Thence;

(7) Along the same South 46° 34' 00" East 52.15 feet to a point in the Northwesterly line of North Clinton Street, Thence;

(8) Along the same South 42° 04' 00" West 59.15 feet to the point and place of BEGINNING.

BEING in accordance with a survey prepared by Newlines Engineering and Survey dated 02/27/2018.

FOR INFORMATION ONLY:
County: Essex, Municipality: East Orange City
Tax Block: 560, Tax Lot: 1
Address: 424-28 Park Ave., East Orange, NJ 07017.

Loan No.: 503001198
M&O File No.. 7541.126
Loan Name: 424-428 Park Avenue
Pool: SB-59