# Exhibit H



# Corporate Status Report
Reference: 1226032
Account #:  987489958

FIRST AMERICAN TITLE INSURANCE
9000 E PIMA CENTER PARKWAY
SCOTTSDALE, AZ 85258-4466

Charles Jones LLC has searched the indexed records of the New Jersey Department of Treasury, Division of Revenue/Commercial Recording with reference to:

| BUSINESS NAME: | MICH 424 PARK LLC |
|---|---|
| Formation Type/Statute: | Domestic Ltd Liability Company - 42-2B-11 et seq |
| NJ Business ID Number: | 0450180162 |

And finds the following:

| STATUS: | REVOKED for not filing Annual Report As of 01/17/2023. |
|---|---|
| Last Annual Report Filed: | 10/23/28 FOR 2018 |
| Date Incorporated/Qualified: Home Jurisdiction: Address: | JUNE 28, 2017 NJ |

Registered Agent: MICH 424 PARK LLC , 424 PARK AVENUE, EAST ORANGE, NJ  07017

Officers/Directors: MEMBER - BORUCH DRILLMAN, 424 PARK AVE, SUITE 18, EAST ORANGE, NJ  07017

Merger Information: NONE

Additional Names on file associated with the above-referenced Business Name:

| Name | Type | Date |
|---|---|---|
| NONE ON FILE | | |

Date: 7/17/2024
Search #: CS-198-1146
Corporate Status Report
Normal/Email-$30.00
Total: $30.00



Charles Jones LLC
has executed
this certificate.

KW

Charles Jones LLC, Phone: 800 792 8888  Fax: 866 235 6274  www.charlesjones.com

5/31/2018