# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59,**<br><br>    Plaintiff,<br><br>  v.<br><br>**MICH 424 PARK LLC,**<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 2:25-CV-00157-ES-JSA |

## NOTICE OF MOTION TO APPOINT A RECEIVER

**PLEASE TAKE NOTICE** that on February 18, 2025, at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff, Wells Fargo Bank, National Association, as Trustee for the registered holders of Amherst Pierpoint Commercial Mortgage Securities LLC, Multifamily Mortgage Pass-Through Certificates, Series 2019-SB59 ("Lender"), by and through its undersigned counsel, will move the United States District Court for the District of New Jersey, located at the Martin Luther King, Jr. Building & U.S. Courthouse at 50 Walnut Street, Newark, New

Jersey, 07102, to appoint a receiver for the subject property in this commercial mortgage foreclosure action.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Lender will rely on its accompanying Brief, the Declaration of Ethan J. Meyer and the Declaration of Raymond A. Quaglia.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

Respectfully submitted,

Dated:  January 22, 2025

*/s/ Raymond A. Quaglia*
Raymond A. Quaglia, Esq.
Facundo Bouzat, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19013
(215) 665-8500 (Telephone)
(215) 864-8999 (Fax)
quaglia@ballardspahr.com
bouzatf@ballardspahr.com

Counsel for Plaintiff