# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59,**<br><br>              **Plaintiff,**<br><br>     **v.**<br><br>**MICH 424 PARK LLC,**<br>              **Defendant.** | : : : : : : : : : : : : : : : : : : | **CIVIL ACTION**<br><br>**NO. 2:25-CV-00157-ES-JSA** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2025, I caused a true and correct copy of the foregoing Motion for Appointment of Receiver and all related, concurrently filed materials to be served upon the Defendant via U.S. Mail at the following address:

MICH 424 Park LLC
c/o Boruch Drillman
1901 Dorchester Road
Apartment #PH
Brooklyn, NY 11226

                              */s/ Raymond A. Quaglia*
                              Raymond A. Quaglia