# Exhibit E

```
MB564                                       CBRE LOAN SERVICES, INC.                                                              1/21/25 Tuesday
                                            ACCOUNT STATUS SUMMARY                                                                9:59 A.M.
                                            FOR  0/00/00 TO  1/20/25

LOAN NO: 01-0291392  BORROWER                    ORIG.LOAN:       1,497,000.00  CUR. BAL        1,399,589.11  CUR. DFLT INT BAL          .00
                     Mich 424 Park, LLC                           BEG 10/18     DIAL BALANCE            .00   DFLT INT RATE*        4.00000%
TYPE- A              Attn: Brouch Drillman                        TERM 30 YRS OMOS.  INTEREST*     7.72000%   DFLT INT RATE @ MATURE 4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH          END 11/38     DIAL RATE*        .00000      NEXT PAYMENT DUE DATE  1/01/2024
                     Brooklyn, NY 11226
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MIP | TAX | INSURANCE | RESERVE | OTHER | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ---- BEGIN BALANCES | | | | | | | | | | | | | | .00 | | |
| 11/14/18 | NEW LOAN | 1497000.00 | 1497000.00 | | | | | | | | | | | 1497000.00 | | |
| 11/14/18 | PMT REC'D 11/18 | 1177.62 | | 1177.62 | | | | | | | | | | 1497000.00 | | 11/14/2018 |
| 11/14/18 | MSC AMT PMT | 40.00 | | | | | | | | 40.00 | | | | 1497000.00 | | 11/14/2018 |
| 11/14/18 | MSC AMT PMT | 175.00 | | | | | | | | 175.00 | | | | 1497000.00 | | 11/14/2018 |
| 11/14/18 | TAX PMT | 2916.86 | | | | 2916.86 | | | | | | | | 1497000.00 | | 11/14/2018 |
| 11/26/18 | SUSP PMT | 1177.62 | 2189 | | | | | | | | 1177.62 | | | 1497000.00 | | 11/26/2018 |
| 11/29/18 | **-REBATE | 1177.62 | 101167 | | | | | | | | 1177.62- | | | 1497000.00 | | |
| 12/03/18 | PMT REC'D 12/18 | 8805.06 | | 5888.20 | | 2916.86 | | | | | | | | 1497000.00 | | 12/03/2018 |
| 1/02/19 | PMT REC'D 1/19 | 9001.33 | | 6084.47 | | 2916.86 | | | | | | | | 1497000.00 | | 1/02/2019 |
| 1/08/19 | TAX DISB | 8460.81 | | | | 8460.81- | | | | | | | | 1497000.00 | | |
| 2/01/19 | PMT REC'D 2/19 | 9001.33 | | 6084.47 | | 2916.86 | | | | | | | | 1497000.00 | | 2/01/2019 |
| 3/01/19 | PMT REC'D 3/19 | 8412.51 | | 5495.65 | | 2916.86 | | | | | | | | 1497000.00 | | 3/01/2019 |
| 4/01/19 | PMT REC'D 4/19 | 9001.33 | | 6084.47 | | 2916.86 | | | | | | | | 1497000.00 | | 4/01/2019 |
| 4/04/19 | TAX DISB | 8460.80 | | | | 8460.80- | | | | | | | | 1497000.00 | | |

```
MB564                                          CBRE LOAN SERVICES, INC.                                                           1/21/25 Tuesday
                                                ACCOUNT STATUS SUMMARY                                                             9:59 A.M.
                                               FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER             ORIG.LOAN:      1,497,000.00  CUR. BAL          1,399,589.11  CUR. DFLT INT BAL           .00
                     Mich 424 Park, LLC                  BEG 10/18      DIAL BALANCE             .00   DFLT INT RATE*          4.00000%
TYPE- A              Attn: Brouch Drillman               TERM 30 YRS OMOS.  INTEREST*        7.72000%  DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH  END 11/38     DIAL RATE*           .00000   NEXT PAYMENT DUE DATE    1/01/2024
                     Brooklyn, NY 11226


DATE     TRANSACTION    PD FOR       CK#
                        AMOUNT       PRINCIPAL    GROSS INT    MIP         TAX        INSURANCE    RESERVE    OTHER      MISC.      SUSPENSE    LATE CHRG    BUY DOWN      PRINCIPAL   G/L  EFFECTIVE
                                                                                                                         FEES                                AMOUNT          BAL       CD   DATE
-----    -----------    --------     ---------    ---------    ---         ---        ---------    -------    -----      -----      --------    ---------    --------      ---------   ---  ---------

5/01/19  PMT REC'D  5/19
                        8805.06                   5888.20                  2916.86                                                                                          1497000.00       5/01/2019

6/03/19  PMT REC'D  6/19
                        9001.33                   6084.47                  2916.86                                                                                          1497000.00       6/03/2019

7/01/19  PMT REC'D  7/19
                        8805.06                   5888.20                  2916.86                                                                                          1497000.00       7/01/2019

8/01/19  PMT REC'D  8/19
                        9001.33                   6084.47                  2916.86                                                                                          1497000.00       8/01/2019

9/03/19  PMT REC'D  9/19
                        9001.33                   6084.47                  2916.86                                                                                          1497000.00       9/03/2019

9/09/19  TAX DISB
                        8673.40                                            8673.40-                                                                                         1497000.00

10/01/19 PMT REC'D  10/19
                        8805.06                   5888.20                  2916.86                                                                                          1497000.00       10/01/2019

10/03/19 TAX DISB
                        8673.39                                            8673.39-                                                                                         1497000.00

11/01/19 PMT REC'D  11/19
                        9001.33                   6084.47                  2916.86                                                                                          1497000.00       11/01/2019

12/02/19 PMT REC'D  12/19
                        10698.87    1893.81-      5888.20                  2916.86                                                                                          1495106.19       12/02/2019

1/02/20  PMT REC'D   1/20
                        10698.87    1705.23-      6076.78                  2916.86                                                                                          1493400.96       1/02/2020

1/03/20  TAX DISB
                        8567.10                                            8567.10-                                                                                         1493400.96

2/03/20  PMT REC'D   2/20
                        10656.00    1712.16-      6069.85                  2873.99                                                                                          1491688.80       2/03/2020

3/02/20  PMT REC'D   3/20
                        10656.00    2110.28-      5671.73                  2873.99                                                                                          1489578.52       3/02/2020

4/01/20  PMT REC'D   4/20
                        10656.00    1727.70-      6054.31                  2873.99                                                                                          1487850.82       4/01/2020
```

```
MB564                                           CBRE LOAN SERVICES, INC.                                                          1/21/25 Tuesday
                                                 ACCOUNT STATUS SUMMARY                                                           9:59 A.M.
                                                 FOR  0/00/00 TO  1/20/25

LOAN NO: 01-0291392  BORROWER              ORIG.LOAN:        1,497,000.00  CUR. BAL         1,399,589.11  CUR. DFLT INT BAL            .00
                     Mich 424 Park, LLC                      BEG 10/18     DIAL BALANCE             .00   DFLT INT RATE*          4.00000%
TYPE- A              Attn: Brouch Drillman                   TERM 30 YRS OMOS.  INTEREST*       7.72000%  DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH     END 11/38     DIAL RATE*          .00000    NEXT PAYMENT DUE DATE    1/01/2024
                     Brooklyn, NY 11226
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MIP | TAX | INSURANCE | RESERVE | OTHER | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/02/20 | TAX DISB | 8567.10 | | | | 8567.10- | | | | | | | | 1487850.82 | | |
| 5/01/20 | PMT REC'D 5/20 | 10656.00 | 1929.80- | 5852.21 | | 2873.99 | | | | | | | | 1485921.02 | | 5/01/2020 |
| 6/01/20 | PMT REC'D 6/20 | 10656.00 | 1742.57- | 6039.44 | | 2873.99 | | | | | | | | 1484178.45 | | 6/01/2020 |
| 7/01/20 | PMT REC'D 7/20 | 10656.00 | 1944.24- | 5837.77 | | 2873.99 | | | | | | | | 1482234.21 | | 7/01/2020 |
| 8/03/20 | PMT REC'D 8/20 | 10656.00 | 1757.55- | 6024.46 | | 2873.99 | | | | | | | | 1480476.66 | | 8/03/2020 |
| 9/01/20 | PMT REC'D 9/20 | 10656.00 | 1764.69- | 6017.32 | | 2873.99 | | | | | | | | 1478711.97 | | 9/01/2020 |
| 9/16/20 | TAX DISB | 8789.21 | | | | 8789.21- | | | | | | | | 1478711.97 | | |
| 10/01/20 | PMT REC'D 10/20 | 10656.00 | 1965.74- | 5816.27 | | 2873.99 | | | | | | | | 1476746.23 | | 10/01/2020 |
| 10/06/20 | TAX DISB | 8789.21 | | | | 8789.21- | | | | | | | | 1476746.23 | | |
| 11/02/20 | PMT REC'D 11/20 | 10727.71 | 1779.86- | 6002.15 | | 2945.70 | | | | | | | | 1474966.37 | | 11/02/2020 |
| 12/01/20 | PMT REC'D 12/20 | 10727.71 | 1980.48- | 5801.53 | | 2945.70 | | | | | | | | 1472985.89 | | 12/01/2020 |
| 1/04/21 | PMT REC'D 1/21 | 10727.71 | 1795.14- | 5986.87 | | 2945.70 | | | | | | | | 1471190.75 | | 1/04/2021 |
| 1/05/21 | TAX DISB | 8678.16 | | | | 8678.16- | | | | | | | | 1471190.75 | | |
| 2/01/21 | PMT REC'D 2/21 | 10709.00 | 1802.44- | 5979.57 | | 2926.99 | | | | | | | | 1469388.31 | | 2/01/2021 |
| 3/01/21 | PMT REC'D 3/21 | 10709.00 | 2387.72- | 5394.29 | | 2926.99 | | | | | | | | 1467000.59 | | 3/01/2021 |

```
MB564                                              CBRE LOAN SERVICES, INC.                                                                                   1/21/25 Tuesday
                                                    ACCOUNT STATUS SUMMARY                                                                                     9:59 A.M.
                                                    FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER                     ORIG.LOAN:       1,497,000.00  CUR. BAL          1,399,589.11  CUR. DFLT INT BAL              .00
                     Mich 424 Park, LLC                            BEG 10/18     DIAL BALANCE            .00     DFLT INT RATE*            4.00000%
TYPE- A              Attn: Brouch Drillman                         TERM 30 YRS OMOS.   INTEREST*     7.72000%    DFLT INT RATE @ MATURE    4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH           END 11/38     DIAL RATE*           .00000     NEXT PAYMENT DUE DATE     1/01/2024
                     Brooklyn, NY 11226
```

Case 2:25-cv-00157-ES-JSA   Document 7-6   Filed 01/22/25   Page 5 of 12 PageID: 286

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MIP | TAX | INSURANCE | RESERVE | OTHER | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/01/21 | PMT REC'D 4/21 | 10709.00 | 1819.47- | 5962.54 | | 2926.99 | | | | | | | | 1465181.12 | | 4/01/2021 |
| 4/06/21 | TAX DISB | 8678.15 | | | | 8678.15- | | | | | | | | 1465181.12 | | |
| 5/03/21 | PMT REC'D 5/21 | 10709.00 | 2018.96- | 5763.05 | | 2926.99 | | | | | | | | 1463162.16 | | 5/03/2021 |
| 6/01/21 | PMT REC'D 6/21 | 10709.00 | 1835.07- | 5946.94 | | 2926.99 | | | | | | | | 1461327.09 | | 6/01/2021 |
| 7/01/21 | PMT REC'D 7/21 | 10709.00 | 2034.12- | 5747.89 | | 2926.99 | | | | | | | | 1459292.97 | | 7/01/2021 |
| 8/02/21 | PMT REC'D 8/21 | 10709.00 | 1850.79- | 5931.22 | | 2926.99 | | | | | | | | 1457442.18 | | 8/02/2021 |
| 9/01/21 | PMT REC'D 9/21 | 10709.00 | 1858.32- | 5923.69 | | 2926.99 | | | | | | | | 1455583.86 | | 9/01/2021 |
| 9/17/21 | TAX DISB | 8903.44 | | | | 8903.44- | | | | | | | | 1455583.86 | | |
| 10/01/21 | PMT REC'D 10/21 | 10709.00 | 2056.71- | 5725.30 | | 2926.99 | | | | | | | | 1453527.15 | | 10/01/2021 |
| 10/05/21 | TAX DISB | 8903.44 | | | | 8903.44- | | | | | | | | 1453527.15 | | |
| 11/01/21 | PMT REC'D 11/21 | 10767.00 | 1874.23- | 5907.78 | | 2984.99 | | | | | | | | 1451652.92 | | 11/01/2021 |
| 12/01/21 | PMT REC'D 12/21 | 10767.00 | 2072.18- | 5709.83 | | 2984.99 | | | | | | | | 1449580.74 | | 12/01/2021 |
| 1/03/22 | PMT REC'D 1/22 | 10767.00 | 1890.27- | 5891.74 | | 2984.99 | | | | | | | | 1447690.47 | | 1/03/2022 |
| 1/06/22 | TAX DISB | 8790.80 | | | | 8790.80- | | | | | | | | 1447690.47 | | |
| 2/01/22 | PMT REC'D 2/22 | 10746.00 | 1897.95- | 5884.06 | | 2963.99 | | | | | | | | 1445792.52 | | 2/01/2022 |

```
MB564                                           CBRE LOAN SERVICES, INC.                                                                          1/21/25 Tuesday
                                                 ACCOUNT STATUS SUMMARY                                                                            9:59 A.M.
                                               FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER                     ORIG.LOAN:        1,497,000.00  CUR. BAL          1,399,589.11   CUR. DFLT INT BAL         .00
                     Mich 424 Park, LLC                             BEG 10/18     DIAL BALANCE             .00     DFLT INT RATE*        4.00000%
TYPE- A              Attn: Brouch Drillman                          TERM 30 YRS OMOS.  INTEREST*      7.72000%     DFLT INT RATE @ MATURE 4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH            END 11/38     DIAL RATE*            .00000     NEXT PAYMENT DUE DATE  1/01/2024
                     Brooklyn, NY 11226


DATE    TRANSACTION      PD FOR       CK#
                         AMOUNT       PRINCIPAL    GROSS INT      MIP        TAX         INSURANCE   RESERVE    OTHER       MISC.       SUSPENSE    LATE CHRG   BUY DOWN     PRINCIPAL    G/L EFFECTIVE
                                                                                                                            FEES                                AMOUNT       BAL          CD  DATE

3/01/22    PMT REC'D  3/22
                      10746.00        2474.35-     5307.66                   2963.99                                                                                         1443318.17        3/01/2022

4/01/22    PMT REC'D  4/22
                      10746.00        1915.72-     5866.29                   2963.99                                                                                         1441402.45        4/01/2022

4/05/22    TAX DISB
                       8790.80                                               8790.80-                                                                                        1441402.45

5/02/22    PMT REC'D  5/22
                      10746.00        2112.49-     5669.52                   2963.99                                                                                         1439289.96        5/02/2022

6/01/22    PMT REC'D  6/22
                      10746.00        1932.10-     5849.91                   2963.99                                                                                         1437357.86        6/01/2022

7/11/22    PMT REC'D  7/22
                      10746.00        2128.40-     5653.61                   2963.99                                                                                         1435229.46        7/11/2022

8/09/22    PMT REC'D  8/22
                      10746.00        1948.60-     5833.41                   2963.99                                                                                         1433280.86        8/09/2022

8/23/22    TAX DISB
                       7853.32                                               7853.32-                                                                                        1433280.86

9/09/22    PMT REC'D  9/22
                      10746.00        1956.52-     5825.49                   2963.99                                                                                         1431324.34        9/09/2022

9/13/22    RETN CHECK
                      10746.00        1956.52      5825.49-                  2963.99-                                                                                        1433280.86        9/09/2022

9/13/22    L/C ASSESS 9/22
                        389.10                                                                                                                      389.10                   1433280.86

9/16/22    PMT REC'D  9/22
                      10746.00        1956.52-     5825.49                   2963.99                                                                                         1431324.34        9/16/2022

10/04/22   TAX DISB
                       7853.31                                               7853.31-                                                                                        1431324.34

10/11/22   PMT REC'D  10/22
                      10746.00        2152.13-     5629.88                   2963.99                                                                                         1429172.21       10/11/2022

10/13/22   RETN CHECK
                      10746.00        2152.13      5629.88-                  2963.99-                                                                                        1431324.34       10/11/2022
```

```
MB564                                              CBRE LOAN SERVICES, INC.                                                                          1/21/25 Tuesday
                                                    ACCOUNT STATUS SUMMARY                                                                            9:59 A.M.
                                                  FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER                ORIG.LOAN:       1,497,000.00  CUR. BAL          1,399,589.11  CUR. DFLT INT BAL            .00
                     Mich 424 Park, LLC                      BEG 10/18      DIAL BALANCE               .00  DFLT INT RATE*          4.00000%
TYPE- A              Attn: Brouch Drillman                   TERM 30 YRS OMOS.  INTEREST*         7.72000%  DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH     END 11/38      DIAL RATE*             .00000   NEXT PAYMENT DUE DATE  1/01/2024
                     Brooklyn, NY 11226
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MIP | TAX | INSURANCE | RESERVE | OTHER | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | L/C ASSESS 10/22 | 389.10 | | | | | | | | | | 389.10 | | 1431324.34 | | |
| 10/21/22 | SUSP PMT | 11135.10 | | | | | | | | | 11135.10 | | | 1431324.34 | | |
| 10/21/22 | PMT REC'D 10/22 | 10746.00 | 2152.13- | 5629.88 | | 2963.99 | | | | | | | | 1429172.21 | | 10/21/2022 |
| 10/21/22 | SUSP DR | 10746.00 | | | | | | | | | 10746.00- | | | 1429172.21 | | |
| 10/21/22 | L/C PAYMENT | 389.10 | | | | | | | | | | 389.10- | | 1429172.21 | | |
| 10/21/22 | SUSP DR | 389.10 | | | | | | | | | 389.10- | | | 1429172.21 | | |
| 11/09/22 | PMT REC'D 11/22 | 10805.25 | 1973.22- | 5808.79 | | 3023.24 | | | | | | | | 1427198.99 | | 11/09/2022 |
| 11/09/22 | SUSP PMT | 329.75 | | | | | | | | | 329.75 | | | 1427198.99 | | 11/09/2022 |
| 11/09/22 | L/C PAYMENT | 329.75 | | | | | | | | | | 329.75- | | 1427198.99 | | |
| 11/09/22 | SUSP DR | 329.75 | | | | | | | | | 329.75- | | | 1427198.99 | | |
| 11/10/22 | SUSP PMT | 10805.25 | | | | | | | | | 10805.25 | | | 1427198.99 | | 11/09/2022 |
| 11/14/22 | RETN CHECK | 10805.25 | | | | | | | | | 10805.25- | | | 1427198.99 | | 11/09/2022 |
| 12/09/22 | PMT REC'D 12/22 | 10805.25 | 2168.36- | 5613.65 | | 3023.24 | | | | | | | | 1425030.63 | | 12/09/2022 |
| 1/05/23 | TAX DISB | 8322.06 | | | | 8322.06- | | | | | | | | 1425030.63 | | |
| 1/09/23 | PMT REC'D 1/23 | 10805.25 | 1990.05- | 5791.96 | | 3023.24 | | | | | | | | 1423040.58 | | 1/09/2023 |

```
MB564                                                    CBRE LOAN SERVICES, INC.                                                           1/21/25 Tuesday
                                                         ACCOUNT STATUS SUMMARY                                                             9:59 A.M.
                                                         FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER                 ORIG.LOAN:        1,497,000.00  CUR. BAL         1,399,589.11  CUR. DFLT INT BAL          .00
                     Mich 424 Park, LLC                    BEG 10/18          DIAL BALANCE              .00  DFLT INT RATE*        4.00000%
TYPE- A              Attn: Brouch Drillman                 TERM 30 YRS 0MOS.  INTEREST*          7.72000%    DFLT INT RATE @ MATURE 4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH   END 11/38          DIAL RATE*          .00000     NEXT PAYMENT DUE DATE  1/01/2024
                     Brooklyn, NY 11226


 DATE    TRANSACTION    PD FOR        CK#
                        AMOUNT        PRINCIPAL    GROSS INT    MIP    TAX         INSURANCE    RESERVE    OTHER      MISC.    SUSPENSE    LATE CHRG    BUY DOWN     PRINCIPAL    G/L  EFFECTIVE
                                                                                                                      FEES                              AMOUNT       BAL          CD   DATE

 2/09/23  PMT REC'D  2/23
          10132.00              1998.14-     5783.87                 2349.99                                                                                          1421042.44         2/09/2023

 2/13/23  RETN CHECK
          10132.00              1998.14      5783.87-                2349.99-                                                                                         1423040.58         2/09/2023

 2/13/23  L/C ASSESS  2/23
            389.10                                                                                                                                 389.10             1423040.58

 2/24/23  PMT REC'D  2/23
          10132.00              1998.14-     5783.87                 2349.99                                                                                          1421042.44         2/24/2023

 3/09/23  PMT REC'D  3/23
          10132.00              2565.21-     5216.80                 2349.99                                                                                          1418477.23         3/09/2023

 3/10/23  RETN CHECK
          10132.00              2565.21      5216.80-                2349.99-                                                                                         1421042.44         3/09/2023

 3/10/23  L/C ASSESS  3/23
            389.10                                                                                                                                 389.10             1421042.44

 3/29/23  PMT REC'D  3/23
          10132.00              2565.21-     5216.80                 2349.99                                                                                          1418477.23         3/29/2023

 4/04/23  TAX DISB
           8322.06                                                   8322.06-                                                                                         1418477.23

 4/10/23  PMT REC'D  4/23
          10132.00              2016.69-     5765.32                 2349.99                                                                                          1416460.54         4/10/2023

 4/11/23  RETN CHECK
          10132.00              2016.69      5765.32-                2349.99-                                                                                         1418477.23         4/10/2023

 4/11/23  L/C ASSESS  4/23
            389.10                                                                                                                                 389.10             1418477.23

 4/24/23  SUSP PMT
          10132.00                                                                                                                   10132.00                         1418477.23

 4/25/23  PMT REC'D  4/23
          10132.00              2016.69-     5765.32                 2349.99                                                                                          1416460.54         4/24/2023

 4/25/23  SUSP DR
          10132.00                                                                                                                   10132.00-                        1416460.54
```

```
MB564                                              CBRE LOAN SERVICES, INC.                                                               1/21/25 Tuesday
                                                    ACCOUNT STATUS SUMMARY                                                                  9:59 A.M.
                                                   FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER               ORIG.LOAN:       1,497,000.00  CUR. BAL            1,399,589.11   CUR. DFLT INT BAL            .00
                     Mich 424 Park, LLC                   BEG 10/18        DIAL BALANCE                 .00   DFLT INT RATE*           4.00000%
TYPE- A              Attn: Brouch Drillman                TERM 30 YRS 0MOS.  INTEREST*              7.72000%  DFLT INT RATE @ MATURE   4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH  END 11/38        DIAL RATE*                .00000   NEXT PAYMENT DUE DATE     1/01/2024
                     Brooklyn, NY 11226


DATE   TRANSACTION    PD FOR        CK#
                      AMOUNT        PRINCIPAL    GROSS INT    MIP      TAX        INSURANCE   RESERVE   OTHER    MISC.    SUSPENSE   LATE CHRG   BUY DOWN   PRINCIPAL   G/L EFFECTIVE
                                                                                                                 FEES                              AMOUNT    BAL         CD   DATE
---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

 5/05/23   PMT REC'D   5/23
            10132.00            2210.60-       5571.41                 2349.99                                                                              1414249.94      5/05/2023

 5/08/23   RETN CHECK
            10132.00            2210.60        5571.41-                2349.99-                                                                             1416460.54      5/05/2023

 5/10/23   L/C ASSESS  5/23
              389.10                                                                                                               389.10                   1416460.54

 5/12/23   PMT REC'D   5/23
            10132.00            2210.60-       5571.41                 2349.99                                                                              1414249.94      5/12/2023

 6/05/23   PMT REC'D   6/23
            10132.00            2033.87-       5748.14                 2349.99                                                                              1412216.07      6/05/2023

 6/06/23   RETN CHECK
            10132.00            2033.87        5748.14-                2349.99-                                                                             1414249.94      6/05/2023

 6/12/23   L/C ASSESS  6/23
              389.10                                                                                                               389.10                   1414249.94

 6/14/23   PMT REC'D   6/23
            10132.00            2033.87-       5748.14                 2349.99                                                                              1412216.07      6/14/2023

 7/05/23   PMT REC'D   7/23
            10132.00            2227.29-       5554.72                 2349.99                                                                              1409988.78      7/05/2023

 7/06/23   RETN CHECK
            10132.00            2227.29        5554.72-                2349.99-                                                                             1412216.07      7/05/2023

 7/10/23   L/C ASSESS  7/23
              389.10                                                                                                               389.10                   1412216.07

 7/11/23   PMT REC'D   7/23
            10132.00            2227.29-       5554.72                 2349.99                                                                              1409988.78      7/11/2023

 8/07/23   PMT REC'D   8/23
            10132.00            2051.19-       5730.82                 2349.99                                                                              1407937.59      8/07/2023

 8/08/23   RETN CHECK
            10132.00            2051.19        5730.82-                2349.99-                                                                             1409988.78      8/07/2023

 8/10/23   L/C ASSESS  8/23
              389.10                                                                                                               389.10                   1409988.78
```

```
MB564                                        CBRE LOAN SERVICES, INC.                                                          1/21/25 Tuesday
                                             ACCOUNT STATUS SUMMARY                                                            9:59 A.M.
                                             FOR  0/00/00 TO   1/20/25


LOAN NO: 01-0291392  BORROWER              ORIG.LOAN:     1,497,000.00  CUR. BAL         1,399,589.11  CUR. DFLT INT BAL            .00
                     Mich 424 Park, LLC                   BEG 10/18     DIAL BALANCE             .00   DFLT INT RATE*          4.00000%
TYPE- A              Attn: Brouch Drillman                TERM 30 YRS OMOS.  INTEREST*       7.72000%  DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH  END 11/38     DIAL RATE*          .00000     NEXT PAYMENT DUE DATE    1/01/2024
                     Brooklyn, NY 11226


DATE    TRANSACTION    PD FOR        CK#
                       AMOUNT        PRINCIPAL     GROSS INT     MIP         TAX          INSURANCE    RESERVE    OTHER    MISC.    SUSPENSE    LATE CHRG   BUY DOWN    PRINCIPAL    G/L EFFECTIVE
                                                                                                                           FEES                             AMOUNT      BAL          CD  DATE
- - - -   - - - - - -  - - - - -     - - - - - -   - - - - -    - - -       - - - -      - - - - -    - - - -    - - -    - - -    - - - -     - - - -    - - - - -    - - - - -    - - -

 8/18/23   PMT REC'D  8/23
                      10132.00       2051.19-      5730.82                   2349.99                                                                                                  1407937.59    8/18/2023

 8/22/23   TAX DISB
                       9822.66                                               9822.66-                                                                                                 1407937.59

 9/05/23   PMT REC'D  9/23
                      10132.00       2059.53-      5722.48                   2349.99                                                                                                  1405878.06    9/05/2023

 9/06/23   RETN CHECK
                      10132.00       2059.53       5722.48-                  2349.99-                                                                                                 1407937.59    9/05/2023

 9/07/23   PMT REC'D  9/23
                      10132.00       2059.53-      5722.48                   2349.99                                                                                                  1405878.06    9/07/2023

 9/07/23   SUSP PMT
                       3072.55                                                                                                      3072.55                                           1405878.06    9/07/2023

 9/07/23   TAX PMT
                       3072.55                                               3072.55                                                                                                  1405878.06    9/07/2023

 9/07/23   SUSP DR
                       3072.55                                                                                                      3072.55-                                          1405878.06

10/05/23   PMT REC'D 10/23
                      10132.00       2252.22-      5529.79                   2349.99                                                                                                  1403625.84   10/05/2023

10/06/23   RETN CHECK
                      10132.00       2252.22       5529.79-                  2349.99-                                                                                                 1405878.06   10/05/2023

10/10/23   L/C ASSESS 10/23
                        389.10                                                                                                                  389.10                                1405878.06

10/13/23   PMT REC'D 10/23
                      10132.00       2252.22-      5529.79                   2349.99                                                                                                  1403625.84   10/13/2023

10/16/23   TAX DISB
                       9822.66                                               9822.66-                                                                                                 1403625.84

11/06/23   PMT REC'D 11/23
                      10544.00       2077.05-      5704.96                   2761.99                                                                                                  1401548.79   11/06/2023

11/07/23   RETN CHECK
                      10544.00       2077.05       5704.96-                  2761.99-                                                                                                 1403625.84   11/06/2023
```

```
MB564                                        CBRE LOAN SERVICES, INC.                                                                  1/21/25 Tuesday
                                              ACCOUNT STATUS SUMMARY                                                                      9:59 A.M.
                                            FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER              ORIG.LOAN:       1,497,000.00  CUR. BAL          1,399,589.11  CUR. DFLT INT BAL            .00
                     Mich 424 Park, LLC                BEG 10/18    DIAL BALANCE        .00  DFLT INT RATE*             4.00000%
TYPE- A              Attn: Brouch Drillman             TERM 30 YRS OMOS. INTEREST*        7.72000%  DFLT INT RATE @ MATURE     4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH  END 11/38    DIAL RATE*       .00000  NEXT PAYMENT DUE DATE   1/01/2024
                     Brooklyn, NY 11226
```

| DATE | TRANSACTION PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MIP | TAX | INSURANCE | RESERVE | OTHER | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/23 | L/C ASSESS 11/23  389.10 | | | | | | | | | | 389.10 | | 1403625.84 | | |
| 12/04/23 | PMT REC'D 11/23  10544.00 | 2077.05- | 5704.96 | | 2761.99 | | | | | | | | 1401548.79 | | 12/04/2023 |
| 12/04/23 | SUSP PMT  3561.25 | | | | | | | | | 3561.25 | | | 1401548.79 | | 12/04/2023 |
| 12/04/23 | L/C PAYMENT  3561.25 | | | | | | | | | | 3561.25- | | 1401548.79 | | |
| 12/04/23 | SUSP DR  3561.25 | | | | | | | | | 3561.25- | | | 1401548.79 | | |
| 12/11/23 | L/C ASSESS 12/23  432.02 | | | | | | | | | | 432.02 | | 1401548.79 | | |
| 1/03/24 | SUSP PMT  11853.39 | | | | | | | | | 11853.39 | | | 1401548.79 | | |
| 1/04/24 | PMT REC'D 12/23  11853.39 | 1959.68- | 6680.72 | | 3212.99 | | | | | | | | 1399589.11 | | 1/03/2024 |
| 1/04/24 | SUSP DR  11853.39 | | | | | | | | | 11853.39- | | | 1399589.11 | | |
| 1/10/24 | L/C ASSESS 1/24  432.02 | | | | | | | | | | 432.02 | | 1399589.11 | | |
| 1/19/24 | TAX DISB  9072.36 | | | | 9072.36- | | | | | | | | 1399589.11 | | |
| 2/12/24 | L/C ASSESS 2/24  432.02 | | | | | | | | | | 432.02 | | 1399589.11 | | |
| 3/11/24 | L/C ASSESS 3/24  432.02 | | | | | | | | | | 432.02 | | 1399589.11 | | |
| 4/10/24 | L/C ASSESS 4/24  432.02 | | | | | | | | | | 432.02 | | 1399589.11 | | |
| 4/25/24 | TAX DISB  9072.36 | | | | 9072.36- | | | | | | | | 1399589.11 | | |

```
MB564                                              CBRE LOAN SERVICES, INC.                                                                              1/21/25 Tuesday
                                                   ACCOUNT STATUS SUMMARY                                                                                9:59 A.M.
                                                   FOR  0/00/00 TO   1/20/25

LOAN NO: 01-0291392  BORROWER                       ORIG.LOAN:       1,497,000.00   CUR. BAL              1,399,589.11   CUR. DFLT INT BAL            .00
                     Mich 424 Park, LLC                              BEG  10/18     DIAL BALANCE                   .00   DFLT INT RATE*          4.00000%
TYPE- A              Attn: Brouch Drillman                           TERM 30 YRS OMOS.   INTEREST*            7.72000%   DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           1901 Dorchester Road, Apartment #PH             END  11/38     DIAL RATE*                 .00000    NEXT PAYMENT DUE DATE   1/01/2024
                     Brooklyn, NY 11226


 DATE    TRANSACTION     PD FOR         CK#
                         AMOUNT         PRINCIPAL     GROSS INT    MIP          TAX          INSURANCE    RESERVE      OTHER         MISC.       SUSPENSE    LATE CHRG    BUY DOWN     PRINCIPAL    G/L  EFFECTIVE
                                                                                                                                     FEES                                 AMOUNT       BAL          CD   DATE
 - - -   - - - - - - -   - - - - - -    - - - - - -   - - - - -    - - - -     - - - -      - - - - - -  - - - - -    - - - - -    - - - - -   - - - - -   - - - - - -  - - - - - -  - - - - - -  - -  - - - - -


 5/10/24     L/C ASSESS  5/24
                   432.02                                                                                                                                       432.02                 1399589.11


 6/10/24     L/C ASSESS  6/24
                   475.29                                                                                                                                       475.29                 1399589.11


 7/10/24     L/C ASSESS  7/24
                   475.29                                                                                                                                       475.29                 1399589.11


 8/12/24     L/C ASSESS  8/24
                   475.29                                                                                                                                       475.29                 1399589.11


 8/26/24     TAX DISB
                  8917.72                                                       8917.72-                                                                                               1399589.11


 9/10/24     L/C ASSESS  9/24
                   475.29                                                                                                                                       475.29                 1399589.11


10/10/24     L/C ASSESS 10/24
                   475.29                                                                                                                                       475.29                 1399589.11


10/30/24     TAX DISB                   132497
                  8917.72                                                       8917.72-                                                                                               1399589.11


11/12/24     L/C ASSESS 11/24
                   475.29                                                                                                                                       475.29                 1399589.11


11/26/24     TAX DISB
                  1358.39                                                       1358.39-                                                                                               1399589.11


12/10/24     L/C ASSESS 12/24
                   520.07                                                                                                                                       520.07                 1399589.11


 1/08/25     TAX DISB
                  8995.04                                                       8995.04-                                                                                               1399589.11


 1/10/25     L/C ASSESS  1/25
                   520.07                                                                                                                                       520.07                 1399589.11

BALANCES TO DATE         1399589.11-    357583.35                              40358.61-                                             215.00                    6484.00                 1399589.11


                                                        TOTAL TAXES PAID                  220055.47
                                                        TOTAL INTEREST CREDITED TO ESCROW
                                                        TOTAL LATE CHARGES PAID              4280.10
                                                        TOTAL BUY DOWN PAID


     *Printed rate does not contain all available decimal positions
```