# Exhibit 1

*STATE OF NEW JERSEY*
*DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*SHORT FORM STANDING*

*MICH 424 PARK LLC*
*0450180162*

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic Limited Liability Company was registered by this office on June 28, 2017.*

*As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.*

*I further certify that the registered agent and office are:*

*MICH 424 PARK LLC*
*424 PARK AVENUE*
*EAST ORANGE, NJ 07017*



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 23rd day of October, 2018*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 2362632641*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

## MICH 424 PARK LLC
## 0450180162

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 06/28/2017 and was assigned identification number 0450180162. Following are the articles that constitute its original certificate.

1. **Name:**
   MICH 424 PARK LLC

2. **Registered Agent:**
   MICH 424 PARK LLC

3. **Registered Office:**
   424 PARK AVENUE
   EAST ORANGE, NEW JERSEY 07017

4. **Business Purpose:**
   ANY LAWFUL PURPOSE

5. **Effective Date of this Filing is:**
   06/28/2017

   **Signatures:**
   MARK FUCHS
   AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 28th day of June, 2017*

*Ford M. Scudder*
*State Treasurer*

*Certificate Number : 4036032055*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

Page 1 of 1

## OPERATING AGREEMENT
## Limited Liability Company

This operating agreement (this "Agreement") made this 1st day of July, 2017 is entered into by as members (the "Members").

The Members hereby form a limited liability company pursuant to and in accordance with the Limited Liability Laws of the State of New Jersey, as amended from time to time (the LLC), and hereby agree as follows:

1. <u>Name:</u>  The name of the limited liability company formed hereby is
   **MICH 424 Park LLC**

   ( the "Company")

2. <u>Term:</u>  The term of the company shall continue until unless dissolved before such date in accordance with the LLC.

3. <u>Purpose:</u>  The Company is formed for the purpose of practicing the profession of Real estate engaged in any and all activities necessary or incidental to the foregoing.

4. Members: The name and the business, residence, or mailing address of the Members are as follows:

   | <u>Name</u> | <u>Address</u> |
   |---|---|
   | Boruch Drillman | 1901 Dorchester Rd. Brooklyn NY 11226 |

5. Powers: The business and affairs of the Company shall be managed by the Members. The Members shall have the power to do any and all acts necessary or convenient to or the furtherance of the purposes described herein, including all powers, statutory or otherwise, possessed by members under the LLC. All decisions of the company shall be made by members holding one hundred (100%) percent interest in the Company.

6. Percentage Ownership: The Members shall have the following ownership interests ("Percentage Ownership") in the Company:

   | <u>Signer Name:</u> | <u>Percentage Interest</u> |
   |---|---|
   | Boruch Drillman | 100% |

7. <u>Allocation of profits and losses:</u> In proportion to the respective Percentage ownership of the Members.

8. <u>Distribution:</u> Distributions shall be made to the Members at the times and in the aggregate amounts determined by the Members. Such distributions shall be allocated among the Members in the same proportion as their Percentage Ownership.

9. <u>Assignments:</u> A Member may not assign in whole or in part their limited liability company interest without consent of members owning at least one hundred (100%) percent interest in the Company.

10. <u>Withdrawal of Additional Members:</u> A Member may withdraw from the Company in accordance with the PLLC.

11. <u>Admissions of Additional Members:</u> One (1) or more additional members of the Company may be admitted to the Company with the consent of members owning at least one hundred (100%) percent interest in the Company.

12. <u>Liability of the Members:</u> The Members shall not have any liability for the obligations or liabilities of the Company except to the extent provided in the LLC.

13. <u>Exculpation of Managers:</u> A Manager shall not be liable for any breach of duty in such capacity, except if his or her acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he or she was not legally entitled or that with respect to a distribution to Members his or her acts were not performed in accordance with the LLC.

14. <u>Governing Law:</u> This Agreement shall be governed by, and construed under, the laws of the State of New Jersey, all rights and remedies being governed by said laws.

IN WITNESS WHEREOF, the undersigned, intending to be legally bound hereby, have duly executed this Operating Agreement as of 1st day of July, 2017

BY: _____
      Member