# Exhibit 2

Query   Reports   Utilities   Help   Log Out

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CRIMINAL DOCKET FOR CASE #: 3:23-cr-01053-RK-1

Case title: USA v. DRILLMAN          Date Filed: 12/13/2023

Assigned to: Judge Robert Kirsch

**Defendant (1)**

**BORUCH DRILLMAN**    represented by    **JEFFREY H. LICHTMAN**
*also known as*    COUNSEL NOT ADMITTED TO USDC-NJ BAR
BARRY DRILLMAN    LAW OFFICES OF JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NY 10017
212-581-1001
Fax: 212-581-4999
Email: jhl@jeffreylichtman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY BENSON EINHORN**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LAW OFFICES OF JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NY 10017
212-581-1001
Fax: 212-581-4999
Email: einhorn@jeffreylichtman.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**          **Disposition**

18:371 - CONSPIRACY TO
COMMIT WIRE FRAUD

AFFECTING A FINANCIAL INSTITUTION (Date of Offense - In or about 11/2018 through on or about 7/31/2020)
(1)

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

---

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **BABASIJIBOMI MOORE**<br>Email: Babasijibomi.Moore2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**MARTHA KATHLEEN NYE**<br>DOJ-USAO<br>402 E. STATE STREET<br>ROOM 430<br>TRENTON, NJ 08608<br>609-989-0579<br>Email: martha.nye@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2023 | 1 | INFORMATION as to BORUCH DRILLMAN (1) count 1. (pdm) (Entered: 12/13/2023) |

| 12/13/2023 | 2 | WAIVER OF INDICTMENT by BORUCH DRILLMAN (pdm) (Entered: 12/13/2023) |
|---|---|---|
| 12/13/2023 | 3 | BRADY ORDER as to BORUCH DRILLMAN. Signed by Judge Robert Kirsch on 12/13/2023. (pdm) (Entered: 12/13/2023) |
| 12/13/2023 | 4 | Minute Entry for proceedings held before Judge Robert Kirsch:*Initial Appearance* and *Plea Agreement Hearing* as to BORUCH DRILLMAN held on 12/13/2023. Plea entered by BORUCH DRILLMAN (1) as to Count 1. *Sentencing* set for 4/16/2024 at 10:00 AM in Trenton - Courtroom 4E before Judge Robert Kirsch. (Court Reporter/Recorder Carol Farrell (856-318-6100).) (pdm) (Entered: 12/13/2023) |
| 12/13/2023 | 5 | APPLICATION for permission to enter Plea of guilty as to BORUCH DRILLMAN. (pdm) (Entered: 12/13/2023) |
| 12/13/2023 | 6 | PLEA AGREEMENT as to BORUCH DRILLMAN. (pdm) (Entered: 12/13/2023) |
| 12/13/2023 | 10 | Minute Entry for proceedings held before Magistrate Judge J. Brendan Day:Bail Hearing as to BORUCH DRILLMAN held on 12/13/2023. All parties consent to bail conditions and release on own recognizance. Ordered defendant released. Order Setting Conditions of Release to follow. (Court Reporter/Recorder ECR.) (cry) (Entered: 12/18/2023) |
| 12/13/2023 | 11 | ORDER Setting Conditions of Release. Ordered defendant released on own recognizance. Signed by Magistrate Judge J. Brendan Day on 12/13/2023. (cry) (Entered: 12/18/2023) |
| 12/14/2023 | 7 | NOTICE OF ATTORNEY APPEARANCE: JEFFREY BENSON EINHORN appearing for BORUCH DRILLMAN (EINHORN, JEFFREY) (Entered: 12/14/2023) |
| 12/14/2023 | 8 | NOTICE OF ATTORNEY APPEARANCE: JEFFERY H. LICHTMAN appearing for BORUCH DRILLMAN (LICHTMAN, JEFFERY) (Entered: 12/14/2023) |
| 12/14/2023 | 9 | NOTICE OF ATTORNEY APPEARANCE MARTHA KATHLEEN NYE appearing for USA. (NYE, MARTHA) (Entered: 12/14/2023) |
| 01/02/2024 | 12 | Transcript of Initial Appearance and Plea Hearing as to BORUCH DRILLMAN held on 12/13/2023, before Judge Judge Robert Kirsch. Court Reporter/Transcriber Carol Farrell (856-318-6100). Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber only. (jal, ) Modified on 1/2/2024 (jal, ). (Entered: 01/02/2024) |
| 04/04/2024 | | Set/Reset Hearings as to BORUCH DRILLMAN: *Telephone Conference* set for 4/8/2024 at 10:00 AM before Judge Robert Kirsch. (pdm) (Entered: 04/04/2024) |

1/9/25, 2:21 PM
Case 2:25-cv-00157-ES-JSA    Document 7-12    Filed 01/22/25    Page 5 of 5 PageID: 324
CM/ECF - U.S. District Court for the District of New Jersey

| 04/08/2024 |    | TEXT Minute Entry for proceedings held before Judge Robert Kirsch:*Telephone Conference* as to BORUCH DRILLMAN held on 4/8/2024. (pdm) (Entered: 04/08/2024) |
|---|---|---|
| 05/14/2024 | [13](#) | Transcript of Bail Hearing as to BORUCH DRILLMAN held on 12/13/2023, before Judge J. Brendan Day. Court Reporter/Transcriber: TRANSCRIPTS PLUS, INC (215-862-1115). Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber only. (amv) (Entered: 05/14/2024) |
| 12/13/2024 |    | Set/Reset Hearings as to BORUCH DRILLMAN: *Sentencing* has been scheduled for **10:00 a.m. on Tuesday, May 13, 2025** in in Trenton - Courtroom 4E before Judge Robert Kirsch. (pdm) (Entered: 12/13/2024) |

| PACER Service Center |   |   |   |
|---|---|---|---|
| Transaction Receipt |   |   |   |
| 01/09/2025 14:20:53 |   |   |   |
| **PACER Login:** | Ballardric | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:23-cr-01053-RK Start date: 1/1/1980 End date: 1/9/2025 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |