# Exhibit 4



# Corporate Status Report

Reference: 1226032
Account #: 987489958

FIRST AMERICAN TITLE INSURANCE
9000 E PIMA CENTER PARKWAY
SCOTTSDALE, AZ 85258-4466

**Charles Jones LLC has searched the indexed records of the New Jersey Department of Treasury, Division of Revenue/Commercial Recording with reference to:**

| | |
|---|---|
| **BUSINESS NAME:** | **MICH 424 PARK LLC** |
| Formation Type/Statute: | **Domestic Ltd Liability Company - 42-2B-11 et seq** |
| NJ Business ID Number: | 0450180162 |

**And finds the following:**

| | |
|---|---|
| STATUS: | **REVOKED for not filing Annual Report As of 01/17/2023.** |
| Last Annual Report Filed: | 10/23/28 FOR 2018 |
| Date Incorporated/Qualified: | JUNE 28, 2017 |
| Home Jurisdiction: | NJ |
| Address: | |

Registered Agent: MICH 424 PARK LLC , 424 PARK AVENUE, EAST ORANGE, NJ  07017

Officers/Directors: MEMBER - BORUCH DRILLMAN, 424 PARK AVE, SUITE 18, EAST ORANGE, NJ  07017

Merger Information: NONE

Additional Names on file associated with the above-referenced Business Name:

| Name | Type | Date |
|---|---|---|
| NONE ON FILE | | |

Date: 7/17/2024
Search #: CS-198-1146
Corporate Status Report
Normal/Email-$30.00
Total: $30.00



Charles Jones LLC
has executed
this certificate.

KW