# Exhibit 5

Title #: 1226032   Order #: MT-358-9398057

**NEW JERSEY TAX & ASSESSMENT SEARCH**

**For:** FIRST AMERICAN TITLE INSURANCE

| | | |
|---|---|---|
| **BLOCK** : 560 | **ASSESSED OWNER** : | MICH 424 PARK, LLC |
| **LOT** : 1 | **BILLING ADDRESS** : | 368 NEW HEMPSTEAD RD #302 NEW CITY, NY 10956 |
| **QUAL** : | **LOT ADDRESS** : | 424-28 PARK AVE. |
| **XLOT** : | **ESSEX** : | EAST ORANGE CITY (973) 266-5130 |
| | (MUNI CODE: 0705) | 44 CITY HALL PLAZA EAST ORANGE NJ 07019 |

**INFORMATION** : C.O. REQUIRED ON NEW CONST, RESALES & RENOVATION
**(FOR RESALE)** SMOKE DETECTOR INSPECTION REQUIRED AS PER NJAC 5:70-4.19
CALL (973) 952-6075 FOR INSPECTION
INSPECTION FEE 25.00

**ASSESSOR'S CODE** : 4A - COMMERCIAL    (NOT TO BE USED FOR DETERMINING NJ MANSION TAX)
**APX. LOT SIZE** : 85X59&REAR
**ASSESSED VALUES** : LAND : $120,300   IMP. : $1,025,200   TOT. : $1,145,500
**TAX RATE** : $3.141 PER $100 OF ASSESSED VALUE
**TAX EXEMPTIONS** : NONE
**2023 TAXES** : $36,289.44 PAID IN FULL
**-2024 - DUE DATE** :
**QTR1 - 02/01** : $9,072.36 PAID
**QTR2 - 05/01** : $9,072.36 PAID
**QTR3 - 08/01** : $8,917.72 PAID
**QTR4 - 11/01** : $8,917.72 PAID
**-2025 - DUE DATE** :
**QTR1 - 02/01** : $8,995.04 OPEN
**QTR2 - 05/01** : $8,995.04 OPEN

**ADDED ASSESSMENTS** : NONE

**WATER ACCOUNT #** : SEE ADDENDUM

**SEWER ACCOUNT #** : INCLUDED IN WATER ACCOUNT(S)

**CONFIRMED ASSESSMENTS** : NONE

**LIENS** : SEE ADDENDUM

Additional Vacant/Abandoned Property Fees may apply. Municipalities reserve the right to impose property registration fees on a property deemed vacant/abandoned and additional fees on a property in which foreclosure proceedings have commenced. These fees are municipal charges subject to tax sale. It is advised that funds be escrowed to cover these potential fees. Please contact the municipality to confirm status.

**ADDITIONAL BILLING** : SEE ADDENDUM

---

**Certificate as to current status of pending (unconfirmed) assessments:**

ORDINANCE #: NONE
TYPE OF IMPROVEMENT:

**Charles Jones LLC** guarantees that the above information accurately reflects the contents of the unredacted public record as of 12/24/2024

G3/2.0101   Phone (800) 477-8288 ■ Fax (800) 677-3272 ■ P.O. Box 8488, Trenton, NJ 08650-0488

Page 1 of 2

Title #: 1226032   Order #: MT-358-9398057

**NEW JERSEY TAX & ASSESSMENT SEARCH**

For: FIRST AMERICAN TITLE INSURANCE

| | | | |
|---|---|---|---|
| **BLOCK** : 560 | **ASSESSED OWNER** | : | MICH 424 PARK, LLC |
| **LOT** : 1 | **BILLING ADDRESS** | : | 368 NEW HEMPSTEAD RD #302 NEW CITY, NY 10956 |
| **QUAL** : | **LOT ADDRESS** | : | 424-28 PARK AVE. |
| **XLOT** : | **ESSEX** | : | EAST ORANGE CITY (973) 266-5130 |
| | (MUNI CODE: 0705) | | 44 CITY HALL PLAZA EAST ORANGE NJ 07019 |

**WATER ACCOUNT #** : EAST ORANGE WATER COMMISSION 99 SO. GROVE ST. EAST ORANGE,NJ 07018 (973) 266-8869 ACCT #: 17064 0  TO: 12/20/2024 $778.99 OPEN PLUS PENALTY; ADDITIONAL ACCOUNTS MAY EXIST; PLEASE HAVE SELLER PROVIDE EVIDENCE OF ALL SERVICE AT CLOSING. SUBJECT TO FINAL READING. INTEREST TO 1/24 - $10.12

**LIENS** : 2023 3RD PARTY LIEN MISC;AMT: $932.04 + SUBSEQUENT TAXES + INTEREST;CERT.#: 24-00139;SOLD ON: 12/04/2024;SOLD TO: RTLF-NJ II LLC;MUST CALL PRIOR TO SETTLEMENT FOR REDEMPTION FIGURES. REMARK: THE REDEMPTION OF LIENS IS OUTLINED IN N.J.S.A 54:5-54

**ADDITIONAL BILLING**

**Miscellaneous DPW CLEANUP FEE:**
**2023 $774.00 INCLUDED IN BELOW LIEN**

**Charles Jones LLC** guarantees that the above information accurately reflects the contents of the unredacted public record as of 12/24/2024