Clerk of Court

ISSUED ON 2025−01−08 09:19:08, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 02/07/2025 at 9:55am |
|---|---|
| NAME OF SERVER *(PRINT)* Casey Passmore | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

**MICH 424 Park LLC c/o Boruch Drillman**

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left: **Accepted by Diane Casper, Registered Agent in Charge. Served at 330 Changebridge Road, Suite 101, Pine Brook NJ 07058**

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-12-25
              Date

Signature of Server
2142 South Broad Street, Lower Level
Philadelphia, PA 19145
*Address of Server*

Description: White/female, Approximately: 57 years old, 158lbs, 5'6", Brown hair.