**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
Avram E. Frisch, Esq.
Attorneys for Defendant MICH 424 PARK LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59<br><br>Plaintiff<br><br>v.<br><br>MICH 424 PARK LLC<br><br>Defendant | Case No. 2:25-cv-00157-ES-JSA<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above entitled action on behalf of the Defendant MICH 424 PARK LLC and demands that all papers be served to the below address. Please mark your records accordingly.

THE LAW OFFICE OF AVRAM E. FRISCH LLC
Attorneys for Defendant

By: _____
Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352

Dated: March 11, 2025