

March 12, 2025

Hon. Esther Salas
United States District Court
50 Walnut St., Courtroom 5A
Newark, NJ 07101

<u>**Via Electronic Filing**</u>

      Re:    Wells Fargo v. Mich 424 Park 2:25-cv-00157-ES-JSA

Dear Judge Salas:

This firm represents MICH 424 PARK LLC. This letter is to request an extension of time to answer the complaint to March 25, 2025 along with an adjournment of the motion to appoint a rent receiver to the April 7, 2025 motion date so that my response will be due on March 24, 2025. I am making these requests as I was just retained by the Defendant yesterday. My adversary has consented to this application.

                                                Very truly yours,

                                                Avram E. Frisch

Cc: Raymond Quaglia, Esq.


