Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant, MICH 424 PARK LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------- x

«
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59

Plaintiff

v.

MICH 424 PARK LLC

Defendant

Docket No. 2:25-cv-00157-ES-JSA

**DECLARATION OF AVRAM E. FRISCH IN OPPOSITION TO THE MOTION**

------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Avram E. Frisch, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the attorney for Defendant in this action and make this certification in Opposition to the motion.

2. Annexed hereto as **Exhibit A** is a true copy of the New Jersey Business Entity Status Report purchased by me on March 21, 2025 and demonstrating that the entity was reinstated on September 20, 2024.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2025.

<u>/s/ Avram E. Frisch</u>
Avram E. Frisch