```
Status Report For:      MICH 424 PARK LLC
Report Date:            3/21/2025
Confirmation Number:    250803650085
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0450180162
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   06/28/2017
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     09-20-2024
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   01-17-2023
DOR Suspension End Date:     09-20-2024
Tax Suspension Start Date:   N/A
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:    JUNE
Last Annual Report Filed:  09/20/2024
Year:                   2024
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                  FILE RIGHT RA SERVICES LLC
Agent/SOP Address:      330 CHANGEBRIDGE RD., STE 101 ,PINE
                        BROOK,NJ,07058
Address Status:         DELIVERABLE
Main Business Address:  400 RELLA BLVD, SUITE 203, MONTEBELLO, NY,
                        10901
Principal Business Address:  N/A
```

**ASSOCIATED NAMES**

```
Associated Name:        N/A
Type:                   N/A
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | MEMBER |
| Name: | Drillaman,Boruch |
| Address: | 400 RELLA BLVD, SUITE 203, MONTEBELLO, , , US |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate) Date: | 2017 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2024 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2023 |
| REINSTATEMENT WITH AGENT CHANGE | 2024 |
| Annual Report Filing with address change | 2018 |
| Annual Report Filing with address change | 2024 |
| Annual Report filing with officer/member change | 2018 |
| Annual Report filing with officer/member change | 2024 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.