# Rent Roll Analysis

Property: 424 Park Ave
*As of 03/21/25*

| Property | Tenant Name | Unit | Unit Type | Rent | Misc Charges | Total Charges | Security Deposit |
|---|---|---|---|---:|---:|---:|---:|
| 424 Park Ave | <VACANT> | 424-21 | 3 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 424 Park Ave | Springer, Elexis | 424-22 | 2 1 | 1,295.00 | 0.00 | 1,295.00 | 1,761.00 |
| 424 Park Ave | Wills, Akeisha | 424-23 | 2 1 | 1,248.00 | 0.00 | 1,248.00 | 1,130.00 |
| 424 Park Ave | Ramirez, Ranulfo | 424-24 | 3 1 | 1,872.00 | 0.00 | 1,872.00 | 0.00 |
| 424 Park Ave | Cynthia williams, Ashton Parker | 424-31 | 3 1 | 1,995.00 | 0.00 | 1,995.00 | 1,995.00 |
| 424 Park Ave | Garcia Ramos, Hemenegildo | 424-32 | 2 1 | 1,612.00 | 0.00 | 1,612.00 | 0.00 |
| 424 Park Ave | McLain, Sasha | 424-33 | 2 1 | 1,900.00 | 0.00 | 1,900.00 | 0.00 |
| 424 Park Ave | Morris, Alicia | 424-34 | 3 1 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 |
| 424 Park Ave | Rodriguez, D&D Grocery-Emma | 424- Store 1 | Commercial | 4,924.00 | 0.00 | 4,924.00 | 0.00 |
| 424 Park Ave | Troy, Jamaicry | 424- Store 2 | Commercial | 1,844.00 | 0.00 | 1,844.00 | 0.00 |
| 424 Park Ave | Ibrahim, Salon Afis | 424- Store 3 | Commercial | 2,000.00 | 0.00 | 2,000.00 | 4,000.00 |

| Rent | Misc Charges | Total Charges | Security Deposit |
|---:|---:|---:|---:|
| 20,690.00 | 0.00 | 20,690.00 | 10,886.00 |

# Report Summary

| Detail | Value |
|---|---:|
| Total Possible Rent | 20,690.00 |
| Vacancy Rent | 0.00 |
| Occupied Unit Rent | 20,690.00 |
| # of Units | 11 |
| Vacant Units | 1 |
| Occupancy | 90.91% |