**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Raymond A. Quaglia
Tel: 215.864.8530
Fax: 215.864.8999
quaglia@ballardspahr.com

August 18, 2025

*Via ECF*

Honorable Jessica A. Allen
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:   Joint Settlement Status Report
      *Wells Fargo Bank, N.A., as Trustee v. MICH 424 Park LLC*
      District of New Jersey, Civil Action No. 2:25-cv-00157-ES-JSA

Dear Judge Allen:

We represent the Plaintiff-Lender in this commercial mortgage foreclosure action and respectfully submit this joint settlement status letter pursuant to the Court's Letter Order entered on July 17, 2025 (ECF Doc. No. 20).

Plaintiff continues to await a written proposal from Defendant's consultant for Plaintiff's consideration and potential approval.  Given the lack of progress towards a settlement over the past month, Plaintiff wishes to proceed with the prosecution of this foreclosure action.

We have shared this letter in advance with Defendant's counsel, who consents to its submission as a joint report.  We very much appreciate the Court's consideration.

Very truly yours,

*/s/ Raymond A. Quaglia*

Raymond A. Quaglia

cc:   Avram E. Frisch, Esq. (via ECF)