# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Raymond A. Quaglia
Tel: 215.864.8530
Fax: 215.864.8999
quaglia@ballardspahr.com

September 4, 2025

*Via ECF*

Honorable Esther Salas
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:  Joint Letter regarding Circumstances
*Wells Fargo Bank, N.A., as Trustee v. MICH 424 Park LLC*
District of New Jersey, Civil Action No. 2:25-cv-00157-ES-JSA

Dear Judge Salas:

We represent the Plaintiff-Lender in this commercial mortgage foreclosure action and respectfully submit this joint letter pursuant to the Court's Text Order entered on July 11, 2025 (ECF Doc. No. 18), which provided that:

> The Court will hold oral argument on Plaintiff's motion to appoint a receiver (D.E. No. [6]) on September 11, 2025, at 01:30 PM in Newark - Courtroom 5A before Judge Esther Salas.  No later than five business days before oral argument, the parties shall submit a joint letter not to exceed 5 single spaced pages, noting any changed circumstances with respect to the positions set forth in their respective briefs.

We have conferred with our client and with counsel for the Defendant-Borrower and hereby respectfully inform the Court that there has been no material change in the *status quo* since the parties filed their respective briefs with respect to Plaintiff's motion to appoint a receiver.

Honorable Esther Salas
September 4, 2025
Page 2

We have shared this letter in advance with Defendant's counsel, who consents to its joint submission. We very much appreciate the Court's consideration.

Respectfully,

*/s/ Raymond A. Quaglia*

Raymond A. Quaglia

cc:     Avram E. Frisch, Esq. (via ECF)