

September 5, 2025

Hon. Esther Salas
United States District Court
50 Walnut St., Courtroom 5A
Newark, NJ 07101

**<u>Via Electronic Filing</u>**

   Re:  Wells Fargo v. Mich 424 Park 2:25-cv-00157-ES-JSA

Dear Judge Salas:

This firm represents MICH 424 PARK LLC. This letter is in regard to the oral argument scheduled next week, September 11 at 1:30 PM. Prior to this oral argument being scheduled, I was scheduled to commence a trial in the Supreme Court of New York, Kings County at 11:30 AM on that date. I was hopeful that the Kings County matter would settle, which is why I have not written to the Court previously, but it now appears that despite my efforts, that action will in fact be tried commencing next Thursday.

As this motion has been pending for a long time, I am only requesting that the oral argument be moved to 9AM and that the parties be permitted to appear virtually, as this will permit me to handle both matters on Thursday. My adversary has consented to the request as well. In the alternative, the parties are also willing to waive oral argument.

               Very truly yours,

               Avram E. Frisch

Cc: Raymond Quaglia, Esq.