# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Raymond A. Quaglia
Tel: 215.864.8530
Fax: 215.864.8999
quaglia@ballardspahr.com

November 3, 2025

*Via ECF*

Honorable Jessica A. Allen
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:   Joint Status Report and Extension Request
      *Wells Fargo Bank, N.A., as Trustee v. MICH 424 Park LLC*
      District of New Jersey, Civil Action No. 2:25-cv-00157-ES-JSA

Dear Judge Allen:

We represent the Plaintiff-Lender in this commercial mortgage foreclosure action and respectfully submit this joint status report and extension request pursuant to the Court's Text Order docketed on August 26, 2025 (ECF Doc. No. 22).

Fact discovery is complete, but the parties would like to defer proceeding with the in-person Settlement Conference scheduled for November 19, 2025. Defendant's consultant has provided Plaintiff with an offer to purchase the Note for the subject loan. To confirm whether the offer is market-rate, Plaintiff will be marketing the Note for sale for 30 days with the goal of closing on a sale to either the consultant's buyer or a higher bidder by year-end. Under these circumstances, the parties respectfully submit that the Settlement Conference be continued for a period of 60 days in the hope and expectation that it will not be needed.

We have shared this letter in advance with Defendant's counsel, who consents to its submission as a joint report and request.

We very much appreciate the Court's consideration.

Respectfully,

*/s/ Raymond A. Quaglia*

Raymond A. Quaglia

Honorable Jessica A. Allen
November 3, 2025
Page 2

cc:     Avram E. Frisch, Esq. (via ECF)