**Ballard Spahr**
LLP

_____

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Raymond A. Quaglia
Tel: 215.864.8530
Fax: 215.864.8999
quaglia@ballardspahr.com

January 12, 2026

*Via ECF*

Honorable Jessica A. Allen
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:   Request for Remote Appearance at Settlement Conference
      *Wells Fargo Bank, N.A., as Trustee v. MICH 424 Park LLC*
      District of New Jersey, Civil Action No. 2:25-cv-00157-ES-JSA

Dear Judge Allen:

We represent the Plaintiff-Lender in this commercial mortgage foreclosure action, which is scheduled for an in-person settlement conference with Your Honor on January 20, 2026.  *See* ECF Doc. No. 27.

The subject loan is a securitized commercial mortgage loan in the original principal amount of $1,497,000.00, which is held by a Trust.  The Special Servicer for the Trust is KeyBank Real Estate Capital, whose offices and assigned asset manager are located in Overland Park, Kansas.

Plaintiff and Defendant's consultant previously reached an agreement in principle, subject to formal approval by the Trust's stakeholders, to resolve this matter via a sale of the note to a buyer introduced by Defendant's consultant.  Plaintiff remains willing to submit the proposed note sale for stakeholder approval, but Defendant's consultant has been nonresponsive for the past month.  Plaintiff has previously considered and rejected alternative workout proposals.

Given the foregoing, Plaintiff respectfully requests that the scheduled settlement conference be conducted remotely instead of in person.  We submit that it would not be cost-effective to require Plaintiff's representatives to travel from out of state when there is effectively nothing remaining for the parties to negotiate.  The only issue is whether the purchaser introduced by Defendant's consultant is prepared to move forward with the note sale.  If so, Plaintiff will proceed expeditiously with the approval process.  If not, then Plaintiff would like to move forward with the litigation by filing a motion for summary judgment.

Honorable Jessica A. Allen
January 12, 2026
Page 2

We have conferred with counsel for Defendant, who consents to having the settlement conference conducted remotely.

We very much appreciate Your Honor's consideration.

Respectfully,

*/s/ Raymond A. Quaglia*

Raymond A. Quaglia

cc:     Avram E. Frisch, Esq. (via ECF)