**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Raymond A. Quaglia
Tel: 215.864.8530
Fax: 215.864.8999
quaglia@ballardspahr.com

March 9, 2026

*Via ECF*

Honorable Jessica A. Allen
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:   Joint Settlement Status Report
      *Wells Fargo Bank, N.A., as Trustee v. MICH 424 Park LLC*
      District of New Jersey, Civil Action No. 2:25-cv-00157-ES-JSA

Dear Judge Allen:

We represent the Plaintiff-Lender in this commercial mortgage foreclosure action and respectfully submit this joint status report pursuant to the Court's Text Order docketed on February 10, 2026 (ECF Doc. No. 31).

The parties have continued to engage in settlement negotiations for a discounted payoff of the Loan as ordered by the Court but have not yet reached an agreement. Plaintiff provided a counter-proposal to Defendant-Borrower on February 19, and Defendant countered on February 25. Plaintiff has been discussing Defendant's February 25 counter internally and expects to respond this week.

We have shared this letter in advance with Defendant's counsel, who consents to its submission as a joint status report.

We very much appreciate Your Honor's consideration.

Respectfully,

*/s/ Raymond A. Quaglia*

Raymond A. Quaglia

cc:   Avram E. Frisch, Esq. (via ECF)