# Ballard Spahr
### LLP

---------------------

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Raymond A. Quaglia
Tel: 215.864.8530
Fax: 215.864.8999
quaglia@ballardspahr.com

April 9, 2026

*Via ECF*

Honorable Jessica A. Allen
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:    Joint Settlement Status Report
       *Wells Fargo Bank, N.A., as Trustee v. MICH 424 Park LLC*
       District of New Jersey, Civil Action No. 2:25-cv-00157-ES-JSA

Dear Judge Allen:

We represent the Plaintiff-Lender in this commercial mortgage foreclosure action and respectfully submit this status report pursuant to the Court's Letter Order entered on March 10, 2026 (ECF Doc. No. 33).

We are pleased to report that since our last report on March 9 (ECF Doc. No. 31), the parties have made substantial progress in their settlement negotiations for a discounted payoff (DPO) of the Loan.  Plaintiff's asset manager expects to submit a proposed deal to the bondholders by next week with a recommendation for approval.  Pursuant to the applicable trust documents, the bondholders will have 10 days from submission to decide.

Under these circumstances, we respectfully request that the conference scheduled for April 16 be continued to May 1, 2026, or a date thereafter convenient to the Court.  It is our hope and expectation that the continuance will allow sufficient time for approval and documentation of the DPO agreement.

We emailed a draft of this letter to Defendant's counsel yesterday morning but received an autoreply that they are offline until tomorrow in observance of Passover.

Honorable Jessica A. Allen
April 9, 2026
Page 2


We very much appreciate Your Honor's continuing consideration.

Respectfully,

*/s/ Raymond A. Quaglia*

Raymond A. Quaglia

cc:      Avram E. Frisch, Esq. (via ECF)

*In light of the foregoing, the 4/16/26 Settlement Conference is adjourned.  The parties shall submit a joint letter on or before 4/28/26, addressing the status of settlement negotiations.  A Telephone Status Conference is scheduled for 5/5/26 at 12:00 p.m. during which the Court will address the rescheduling of the Settlement Conference if necessary.  The parties are directed to dial 1-855-244-8681 and enter Access Code: 23024029552# at the time of the Conference.  **So ordered.**

**s/Jessica S. Allen**
**United States Magistrate Judge**

**Dated: April 13, 2026**