Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant, MICH 424 PARK LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------ x

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AMHERST PIERPOINT COMMERCIAL MORTGAGE SECURITIES LLC, MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB59,

Plaintiff,

v.

MICH 424 PARK LLC,

Defendant.

------------------------------------------------------------ x

Civil Action No.
2:25-cv-00157-ES-JSA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Amherst Pierpoint Commercial Mortgage Securities LLC, Multifamily Mortgage Pass-Through Certificates, Series 2019-SB59 ("Plaintiff"), and Defendant, MICH 424 Park LLC ("Defendant"), being all of the parties who have appeared in this action, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action, including all claims asserted therein, is hereby dismissed in its entirety, **with prejudice**, and without costs or attorneys' fees to any party as against any other party.

**IT IS FURTHER STIPULATED AND AGREED** that the Stipulation for Entry of Judgment filed on June 24, 2026 (ECF No. 40) and all other pending applications and motions in

this action, including Plaintiff's Motion to Appoint Receiver (ECF No. 6), are hereby withdrawn as moot.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and that electronic, facsimile, and PDF signatures shall be deemed originals for all purposes.

**BALLARD SPAHR LLP**
Attorneys for Plaintiff

By: ______________________
Raymond A. Quaglia, Esq.

Dated: September 29, 2026

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**
Attorney for Defendant, MICH 424 Park LLC

By: ______________________
Avram E. Frisch, Esq.

Dated: 2026-09-29 04:04 PM, 2026

**SO ORDERED** this _____ day of ____________________, 2026.

______________________________
HON. ESTHER SALAS, U.S.D.J.